UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chirstopher L. W., | No. 23-cv-1978 (KMM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley, *Commissioner of Social Security Admin.*, | |
| Defendant. | |

Plaintiff Christopher L. W. brought this case to challenge the Commissioner of Social Security's decision denying his applications for disability benefits and supplemental security income. This matter is before the Court for consideration of the Report and Recommendation ("R&R) issued by United States Magistrate Judge Elizabeth Cowan Wright on May 31, 2024. Doc. 24. In the R&R, Judge Wright recommends that Plaintiff's request for reversal or remand of the Commissioner's decision be denied, the Commissioner's request for the Court to affirm that decision be granted, and Plaintiff's Complaint be dismissed with prejudice. Plaintiff had until June 14, 2024 to file objections to the R&R. Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1). To date, Plaintiff has not objected.

When a party fails to make timely objections to a magistrate judge's report and recommendation, the district court reviews the magistrate judge's decision for clear error. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Based on the Court's review of the R&R and the record, the Court finds no error.

Accordingly, **IT IS HEREBY ORDERED THAT**

1. The Report and Recommendation, Doc. 24, is **ACCEPTED**;

2. Plaintiff's request for reversal or remand of the Commissioner's decision, Doc. 16, 22, is **DENIED**;

3. The Commissioner's request that the Court affirm the decision, Doc. 18, is **GRANTED**; and

4. The Complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

   **Let Judgment be entered accordingly**.

Date: August 12, 2024         *s/Katherine Menendez*
                              Katherine Menendez
                              United States District Judge